**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Neville Torrez,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Equifax Information Services, LLC et. al.<br><br>　　　　　Defendants. | Case No.: 2:23-cv-02034-JLS-JC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC (Doc. 36) AND DISMISSING ACTION** |

Pursuant to the stipulation of the Parties (Doc. 36), Equifax Information Services, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.  Because Defendant Equifax is the only remaining Defendant, the action is also dismissed.

IT IS SO ORDERED.

DATED:     February 18, 2024

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE